# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

**McElroy, Deutsch & Mulvaney**
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100
Michael J. Sullivan (MJS 2002)
Attorneys for Defendants

---

| | |
|---|---|
| NEWPORT MOBIL SERVICE, INC.<br>14th and Grove Street<br>Jersey City, NJ  07302 : | |
| : | |
| and : | |
| : | |
| COMMUNITY MOBIL, INC. :<br>346 Main Street :<br>Madison, NJ  07940 : | |
| : | Civil Action No. 3028-03 (WJM) |
| and : | |
| : | |
| DENVILLE MOBIL, INC. :<br>3143 Route 10 East and Franklin Road :<br>Denville, NJ  07834 : | **STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |
| : | |
| and : | |
| : | |
| ROBRIAN, INC. :<br>3699 Route 9 North :<br>Old Bridge, NJ  08857 : | |
| : | |
| and : | |
| : | |
| BELLE MEADE MOBIL, INC. :<br>862 Route 206 :<br>Belle Meade, NJ  08502 : | |
| : | |
| and : | |
| : | |

ANTHONY G. CAPRIO,                      :
d/b/a TONY'S MOBIL                      :
3 Berlin Road                           :
Voorhees, NJ  08043                     :
                                        :
                                        :
and                                     :
                                        :
                                        :
CRAIG'S SERVICE CENTER, INC.            :
1201 Highway 35                         :
Middletown, NJ  07748                   :
                                        :
                                        :
and                                     :
                                        :
                                        :
CREATIVE MANAGEMENT, INC.               :
863 Highway 35                          :
Middletown, NJ  07748                   :
                                        :
                                        :
and                                     :
                                        :
                                        :
CREATIVE MANAGEMENT, INC.               :
79 Route 35, Sylvania Avenue            :
Neptune City, NJ  07753                 :
                                        :
                                        :
and                                     :
                                        :
                                        :
CREATIVE MANAGEMENT, INC.               :
133 Route 36                            :
West Long Branch, NJ  07764             :
                                        :
                                        :
and                                     :
                                        :
                                        :
KWANG WOO LEE,                          :
d/b/a ROOSEVELT & COTTMAN MOBIL :
7300 Roosevelt Boulevard                :
Philadelphia, PA  19149                 :
                                        :
                                        :
and                                     :
                                        :
                                        :
KWANG WOO LEE,                          :
d/b/a BROOKHAVEN MOBIL                  :
4612 Edgmont Avenue                     :
Brookhaven, PA  19015                   :
                                        :
                                        :
and                                     :
                                        :

MAIN PETROLEUM CORP.                    :
824 N. Main Street                      :
Pleasantville, NJ  08232                :
                                        :
and                                     :
                                        :
MAT PETROLEUM CORP.                     :
825 Church Road                         :
Cherry Hill, NJ  08034                  :
                                        :
and                                     :
                                        :
MATAWAN MOBIL, INC.                     :
Cambridge Drive and Route 34           :
Matawan, NJ  07747                      :
                                        :
and                                     :
                                        :
PARBRAHM CORP.                          :
406-410 Greenwood Avenue               :
Trenton, NJ  08609                      :
                                        :
and                                     :
                                        :
WILLIAM T. ROSSNAGLE,                   :
d/b/a W. ROSSNAGLE'S MOBIL MART        :
Route 22 and Roseberry Street          :
Phillipsburg, NJ  08865                 :
                                        :
and                                     :
                                        :
T & H ENTERPRISES, INC.,                :
c/o EAST WINDSOR MOBIL                  :
571 Route 130 South                     :
Hightstown, NJ  08520                   :
                                        :
and                                     :
                                        :
YONG NAE CHO                            :
14th and Grove Street                   :
Jersey City, NJ  07302                  :
                                        :
and                                     :
                                        :

CRAIG COPELAND                                    :
1201 Highway 35                                   :
Middletown, NJ  07748                             :
                                                  :
and                                               :
                                                  :
TALVINDER GHUMAN                                  :
825 Church Road                                   :
Cherry Hill, NJ  08034                            :
                                                  :
and                                               :
                                                  :
BIKRIM S. GILL                                    :
133 Route 36                                      :
West Long Branch, NJ  07764                       :
                                                  :
and                                               :
                                                  :
KASHMIR S. GILL                                   :
3143 Route 10 East and Franklin Road              :
Denville, NJ  07834                               :
                                                  :
and                                               :
                                                  :
KESAR GILL                                        :
862 Route 206                                     :
Belle Meade, NJ  08502                            :
                                                  :
and                                               :
                                                  :
RACHHPAL GILL                                     :
824 N. Main Street                                :
Pleasantville, NJ  08232                          :
                                                  :
and                                               :
                                                  :
AVTAR HEIR,                                       :
c/o EAST WINDSOR MOBIL                            :
571 Route 130 South                               :
Hightstown, NJ  08520                             :
                                                  :
and                                               :
                                                  :

JOHN McLAUGHLIN                              :
346 Main Street                             :
Madison, NJ  07940                          :
                                            :
and                                         :
                                            :
SATINDER SANDHU                             :
406-410 Greenwood Avenue                    :
Trenton, NJ  08609                          :
                                            :
and                                         :
                                            :
DONNA WILLIAMS,                             :
d/b/a NORMANDY MOBIL                        :
12001 Roosevelt Boulevard                   :
Philadelphia, PA  19154                     :
                                            :
                        Plaintiffs,         :
                                            :
vs.                                         :
                                            :
CONOCOPHILLIPS CO.                          :
600 North Dairy, Ashford Road               :
Houston, Texas  77079                       :
                                            :
and                                         :
                                            :
TOSCO OPERATING COMPANY, INC.               :
1500 North Priest Drive                     :
Tempe, Arizona  85281                       :
                                            :
and                                         :
                                            :
TOSCO TRUST 2000-E, LLC                     :
600 North Dairy, Ashford Road               :
Houston, Texas  77079                       :
                                            :
and                                         :
                                            :
BNY WESTERN TRUST COMPANY                   :
700 South Flower Street,  Suite 500         :
Los Angeles, California  90017              :
                                            :
                        Defendants.         :
─────────────────────────────────────────────

The matter in difference in the above-entitled action having been amicably resolved by and between the parties, it is hereby stipulated and agreed by the attorneys for the respective parties that:

(1)     The above-entitled action be and is hereby dismissed with prejudice and without costs to any of the parties; and

(2)     The District Court for the District of New Jersey shall retain jurisdiction over this matter for the purposes of enforcing all of the terms and provisions of the Settlement and Release Agreement among the parties dated February 27, 2004, which is incorporated by reference herein, including, but not limited to, any relief sought for breach of or default under the Settlement and Release Agreement.

(3)     This Stipulation of Dismissal may be executed in counterparts, which together shall constitute a complete executed original.

McElroy, Deutsch & Mulvaney, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962
Attorneys for Defendants

By: _____
        Michael J. Sullivan

Dated: 3/11/04

Walder, Hagen & Brogan, P.A.
5 Becker Farm Road
Roseland, New Jersey 07068
Attorneys for Plaintiffs

By: _____
        Shalom D. Stone

Dated:  3/10/04

Astrachan Gunst & Thomas
20 South Charles St., 6th Floor
Baltimore, Maryland 21201
Attorneys for Plaintiffs

By: _____
            Peter H. Gunst

Dated:  3/10/04

It is so **Ordered:**

Hon. William J. Martini, U.S.D.J.

473879

Dated: 3/16/04